UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**United States of America**
      **Plaintiff,**

    v.

**Bruce Smith,**
      **Defendant**

**JUDGMENT IN A CRIMINAL CASE**

No. 11-04329MP-001-PCT-MEA

Deborah Fine (AFPD)
Attorney for Defendant

DOB: 1975    SSN: 29311

**THE DEFENDANT ENTERED A PLEA OF** guilty on 1/17/12 to Citation 2764561.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating 36 C.F.R. 2.35(c), Under the Influence of Alcohol, a Class B Misdemeanor offense, as charged in Citation 2764561.

**IT IS THE JUDGMENT OF THIS COURT THAT** on Citation 2764561 the defendant is hereby placed on unsupervised probation for a term of **ONE (1) YEAR**. Defendant is also to pay a special assessment of $10.00.

### TOTAL CRIMINAL MONETARY PENALTIES

The defendant shall pay to the clerk, U.S. District Court the following total criminal monetary penalties:

    **SPECIAL ASSESSMENT:** $10.00    **FINE:** N/A    **RESTITUTION:** N/A

The total special assessment of $10.00 shall be paid pursuant to Title 18, United States Code, Section 3013.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program.  Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, Space 1, Phoenix, Arizona 85003-2118.  Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c).  Once defendant is released from federal and state custody defendant is to make monthly restitution payments of not less than $25.00 payments per month.
Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address.  The Court hereby waives the imposition of interest and penalties on any unpaid balances.

Restitution shall be paid to the following victims in the following amounts:  **N/A**

### CONDITIONS OF UNSUPERVISED PROBATION

1. You shall not commit another federal, state, or local crime during the term of unsupervised probation
2. You shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance as defined in section 102 of the Controlled Substance Act (21 U.S.C. §801) or any paraphernalia related to such substances, without prescription by a licensed medical practitioner.  Possession of controlled substances will result in mandatory revocation of your term of unsupervised probation.

3. You shall not consume or possess any alcohol during the term of unsupervised probation.
4. You shall pay any monetary penalties as ordered by the Court as follows: Payment of $10.00 to be paid in full by January 24, 2012.
5. While you are placed on unsupervised probation you shall answer all inquiries by the probation office in a truthful and thorough manner and follow all instructions of the probation office.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The wavier has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver. However, should you believe you still have a right to appeal this matter, you must file a written notice of appeal with the Clerk of the Court in Phoenix, Arizona within fourteen (14) days after the entry of judgment.

Date of Imposition of Sentence: **Tuesday, January 17, 2012.**

DATED this 17th day of January, 2012.

_____
Mark E. Aspey
United States Magistrate Judge